IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLENN TARAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:11-cv-00200 |
| | ) | Hon. Samuel Der-Yeghiayan |
| PCA ACQUISITIONS V, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANT CREDIT CONTROL, LLC'S NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant, Credit Control, LLC hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

    None.

2. Subsidiaries not wholly owned by the corporation:

    None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

    None.

4. Any members of the LLC:

    Richard A. Saffer; JH Portfolio Debt Equities, LLC

DATED: February 8, 2011          Respectfully submitted,

                                                       /s/ Nathan D. Sturycz
                                                   Nathan D. Sturycz
                                                   HUSCH BLACKWELL LLP
                                                   190 Carondelet Plaza, Suite 600
                                                   St. Louis, Missouri 63105
                                                   Telephone:    (314) 480-1500
                                                   Fax:              (314) 480-1505
                                                   E-mail: nathan.sturycz@huschblackwell.com
                                                   *Attorney for Defendant Credit Control, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of February 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David J. Phillips
Mary E. Phillips
Phillips & Phillips, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
davephillips@aol.com
mephillips@aol.com
*Attorneys for Plaintiff*

James K. Schultz
Sessions Fishman Nathan & Israel LLC
55 W. Monroe Street, Suite 1120
Chicago, Illinois 60603
(312) 578-0990
jschultz@sessions-law.biz
*Attorney for Defendant PCA Acquisitions V, LLC*

                                                     /s/Nathan D. Sturycz